## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **GAME TRACKER, INC.**, ) | |
| ) | |
| DEBTOR ) | |
| _____ ) | CIVIL NO. 10-189-P-H |
| **ERNEST EDWARDS**, ET AL., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| **EASTMAN OUTDOORS, INC.**, ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## ORDER AFFIRMING MEMORANDUM DECISION
## OF THE MAGISTRATE JUDGE

On July 28, 2011, the Magistrate Judge entered a Memorandum Decision and Order on Motion *in Limine*. On August 10, 2011, the plaintiff's filed an appeal of the Magistrate Judge's decision. I have reviewed and considered the Memorandum Decision and Order. Regardless of whether the standard is *de novo*, or not clearly erroneous nor contrary to law, I **AFFIRM** the Magistrate Judge's Memorandum Decision and Order on Motion *in Limine*. The motion *in limine* is **GRANTED** within the parameters delineated in the Memorandum Decision.

SO ORDERED.

DATED THIS 8TH DAY OF SEPTEMBER, 2011

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE