**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: )<br>)<br>**GAME TRACKER, INC.,** )<br>)<br>       DEBTOR )<br>_____ )<br>**ERNEST EDWARDS, ET AL.,** )<br>)<br>       PLAINTIFFS )<br>)<br>v. )<br>)<br>**EASTMAN OUTDOORS, INC.,** )<br>ET AL., )<br>)<br>       DEFENDANTS ) | CIVIL NO. 10-189-P-H |

**ORDER AFFIRMING MEMORANDUM DECISION
OF THE MAGISTRATE JUDGE**

On July 28, 2011, the Magistrate Judge entered a Memorandum Decision and Order on Motion *in Limine*. On August 10, 2011, the plaintiff's filed an appeal of the Magistrate Judge's decision. I have reviewed and considered the Memorandum Decision and Order. Regardless of whether the standard is *de novo*, or not clearly erroneous nor contrary to law, I **AFFIRM** the Magistrate Judge's Memorandum Decision and Order on Motion *in Limine*. The motion *in limine* is **GRANTED** within the parameters delineated in the Memorandum Decision.

    SO ORDERED.

    DATED THIS 8TH DAY OF SEPTEMBER, 2011

                                                  /S/D. BROCK HORNBY
                                                  **D. BROCK HORNBY**
                                                  **UNITED STATES DISTRICT JUDGE**